IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

PEDRO LUIS SANCHEZ                                              PETITIONER

VERSUS                          CIVIL ACTION NO. ~~5:05cv206DCB-JCS~~ 5:07cv50-DCB-MTP

UNITED STATES OF AMERICA, et al.                                RESPONDENTS

ORDER

This cause comes before this court on petitioner's "complaint/motion to resubmit" [15] filed February 22, 2007. Having reviewed the record, this court finds that the instant civil action was dismissed on March 27, 2006, and has not been reopened. Under these circumstances, the "complaint/motion to resubmit" [15] is not well-taken in the instant civil action.

However, this court has determined that the petitioner wishes to file a separate complaint. Therefore, a copy of the "complaint/motion to resubmit" will be filed as a new and separate civil action. It will also be assigned a new civil action number. Accordingly, it is

ORDERED:

1. That the "complaint/motion to resubmit" [15] is **denied** in the instant civil action.

2. That the Clerk is directed to copy the "complaint/motion to resubmit" [15] in the instant civil action and file it, along with a copy of this order, as of the date of the entry of this order assigning it a new civil action number.

This the 5th day of March, 2007.

                                S/DAVID BRAMLETTE
                                UNITED STATES DISTRICT JUDGE