IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

PEDRO LUIS SANCHEZ                                                                              PLAINTIFF

VERSUS                                                           CIVIL ACTION NO. 5:07cv50-DCB-MTP

UNITED STATES OF AMERICA, et al.                                                       DEFENDANTS

## FINAL JUDGMENT

This cause is before the Court, sua sponte, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this Court.

SO ORDERED AND ADJUDGED, this the   3rd   day of March, 2009.


                                                                  s/ David Bramlette
                                                            UNITED STATES DISTRICT JUDGE